756

*D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the judgment of sentence is reversed, and the defendant is discharged.

## Commonwealth *v.* Johnson, Appellant.

Submitted June 12, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the judgment of sentence is reversed, and the defendant discharged.

## Commonwealth *v.* Jones, Appellant.

Argued June 9, 1970. *John W. Packel,* Assistant Defender, with him *Thomas McLenahan,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted June 8, 1970.  *Anthony B. Trambley,* for appellant; *Norbert J. Powell,* Special Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Argued June 9, 1970.  *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Donald M. Moser,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kauffman, Appellant.

Submitted June 8, 1970.  *Joseph S. Kauffman,* appellant, in propria persona; *Paul W. Tressler* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kelly, Appellant.